**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                             CASE NO. 3:04-cr-259-J-99TEM

COREY LAVALE MYERS

---

## ORDER

This case is before the Court on two motions to suppress filed by defendant Corey Lavale Myers. The first Motion to Suppress (Doc. #33) seeks to "suppress all evidence seized and directly obtained as a result of an illegal seizure of both Mr. Myers and the automobile he was driving." United States Magistrate Judge Thomas E. Morris issued a Report and Recommendation (Doc. #58) recommending denial of the Motion to Suppress except for a pre-<u>Miranda</u> statement defendant made to law enforcement. Defendant filed an Objection to the Report and Recommendation (Doc. #63) and the United States filed a Response (Doc. #65). Defendant also filed a "Motion to Suppress Evidence Obtained by Jailhouse Informant" (Doc. #46). Judge Morris entered a Report and Recommendation (Doc. #59) recommending denial of this Motion to Suppress. No objections to this Report and Recommendation have been filed.

After a review of the file and upon <u>de novo</u> consideration, it is hereby

**ORDERED:**

1. Defendant's Objection to the Report and Recommendation (Doc. #63) is **OVERRULED**. The Report and Recommendation of the United States Magistrate Judge (Doc. #58) is **ADOPTED** and will constitute the opinion of the Court. Defendant's Motion to Suppress (Doc. #33) is **DENIED** except that it is **GRANTED** only to the extent that defendant's pre-<u>Miranda</u> statement to law enforcement concerning the amount of money in the plastic bag will be suppressed.

2. The United States Magistrate Judge's Report and Recommendation (Doc. #59), to which no objection has been filed, is **ADOPTED** as the opinion of the Court. Defendant's Motion to Suppress Evidence Obtained by Jailhouse Informant (Doc. #46) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___11th___ day of May, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

d.

Copies to:

Hon. Thomas E. Morris
United States Magistrate Judge

Asst. U.S. Attorneys (Brown)
George J. Vila, Esquire

2